**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| SUSAN K. UNICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-02469 |
| ) | Judge Trauger/Brown |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is plaintiff Susan Unice's objections (Doc. 30) to the Magistrate Judge's Report and Recommendation (R&R) (Doc. 29), recommending that plaintiff's motion for judgment on the administrative record (Doc. 18) be **GRANTED IN PART** and **DENIED IN PART**, the Commissioner's decision be **AFFIRMED IN PART** and **REVERSED IN PART**, and this action be **REMANDED** for further consideration and explanation regarding the overpayment of benefits to plaintiff and her daughter. Following a *de novo* review pursuant to 28 U.S.C. § 636(b)(1), and as provided in the memorandum entered contemporaneously herewith, plaintiff's objections (Doc. 30) are **OVERRULED**, and the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Doc. 29) as the Court's findings of fact and conclusions of law.

This order constitutes final judgment in this action for purposes of Rule 58, Fed. R. Civ. P..

It is so **ORDERED**.

**ENTERED** this 12th day of September, 2017.

Aleta A. Trauger
United States District Judge